HELENA M. HART, Respondent, *v.* THE VILLAGE OF PORT JERVIS, Appellant.

(Argued March 21, 1881 ; decided March 25, 1881.)

*Samuel Hand* for appellant.

*John W. Lyon* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

JOHN H. PULESTON et al., Appellants, *v.* FRANCIS B. WALLACE et al., Respondents.

(Argued March 14, 1881 ; decided March 25, 1881.)

*Samuel Hand* for appellants.

*S. W. Fullerton* for respondents.

Agree to affirm without opinion.
All concur.
Judgment affirmed.